RESTEL REALTY CORPORATION, Respondent, v. ROY B. HENLINE, Appellant.—

Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.